UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-10019-CR-MARTINEZ/SNOW-2

UNITED STATES OF AMERICA

    Plaintiff,

vs.

RICARDO ANTONIO RODRIGUEZ-DIAZ

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

    **THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

    **THE MATTER** was heard in front of Magistrate Judge Lurana S. Snow on April 11, 2022 [DE: 37] at the request of the Defendant, the Defendant's Attorney, and the Assistant United States Attorney assigned to this case. A Report and Recommendation was filed on April 18, 2022, [DE: 45], recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

    **ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 45] of United States Magistrate Judge Lurana S. Snow, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

    The Defendant is adjudged guilty of Count One of the Indictment, which charges him with conspiracy to possess with intent to distribute 5 kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70506(a) and 21 U.S.C. § 960(b)(1)(B). The Defendant acknowledged that he understood the statutory penalties that apply in his case.

    Sentencing has been set in this matter on **Monday, June 27, 2022 at 12:00 p.m.,** before

the Honorable District Judge Jose E. Martinez, at the Sidney M. Aronovitz United States Courthouse, 301 Simonton Street, 1st Floor Courtroom, Key West, Florida 33040.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2 day of May, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Lurana S. Snow
All Counsel of Record
U.S. Probation Office